

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-16-00062-CR

_____

**THE STATE OF TEXAS,**

                                                              **Appellant**

 **v.**

**JOSE ESTRADA,**

                                                              **Appellee**

_____

### From the County Court at Law
### Walker County, Texas
### Trial Court No. 15-0686

_____

## O R D E R

_____

Appellant's brief was filed on June 6, 2016.  An amended brief was filed on June 7, 2016.  Appellant has now filed a motion for leave to file an amended brief and for the Court to consider the amended brief in the interest of justice.

Appellant's motion is granted only to the extent appellant requests the Court's consideration of his amended brief that has already been filed in this Court on June 7, 2016, and this grant is not authorization to file other or additional amended or supplemental briefs.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted
Order issued and filed July 6, 2016

